FILED

SEP 10 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____a.cc_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 00CR1207-BEN |
|---|---|
| v. | ) ORDER TO DISMISS INDICTMENT AND |
| FIDEL VIRGEN-SANDOVAL, et al. | ) JUDGMENT OF DISMISSAL |
| Defendants. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom, IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant FIDEL VIRGEN-SANDOVAL, is dismissed without prejudice.

DATED: 9/9/15

HONORABLE ROGER T. BENITEZ
United States District Court Judge

1